UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-29-1H

UNITED STATES OF AMERICA )
)
v. ) ORDER TO SEAL
)
RAMON ENRIQUE L. FURELOS )
)
)

Upon motion of the United States, it is hereby ORDERED that the Criminal Information and the Plea Agreement for the above-captioned defendant, the Motion to Seal, and this Order to Seal, are SEALED. It is further ordered that this matter remain sealed until such time that the United States Attorney seeks to unseal.

The Clerk of Court is hereby ORDERED to provide a copy of the sealed Criminal Information and Plea Agreement to the United States Attorney's Office, counsel for the defendant, and the United States Probation Office.

This the 3rd day of February, 2015.

MALCOLM J. HOWARD
SENIOR U.S. DISTRICT JUDGE