IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-29-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAMON ENRIQUE L. FURELOS | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Memorandum of Plea Agreement entered into by the defendant, RAMON ENRIQUE L. FURELOS, on March 3, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982 (a)(7), as proceeds of the unlawful activity of the defendant as charged in the Criminal Information, to wit:

   a. the defendant's interest in $750,000.00 currency;

   b. $1,146,311.17 in funds seized from SunTrust Bank Account numbered XXXXXXXXX1194;

   c. $350,000.00 in funds seized from Wells Fargo Bank Account numbered XXXXXXXXX0376;

   d. The real property located at 6636 Wildlife Lane, Fuquay-Varina, North Carolina 27526, and described in Book 15200, Page 2009 of the Wake County Register of Deeds.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

   1.   Based upon the defendant's guilty plea and agreement, the above-listed $750,000.00 currency is forfeited to the United

States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, the Clerk is DIRECTED to enter Judgment against such defendant for the amount forfeitable by that defendant, specifically, $750,000.00 currency.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This 29th day of APRIL, 2015.

MALCOLM J. HOWARD
Senior United States District Judge

2