IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-29-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RAMON ENRIQUE L. FURELOS | ) | |

Pursuant to the Preliminary Order of Forfeiture entered by the Court on April 29, 2015, judgment is hereby entered against defendant, RAMON ENRIQUE L. FURELOS, in the amount of $750,000.00. Post-judgment interest shall accrue at the rate of  0.33% .

This 6th day of August 2015.

Malcolm J. Howard
Senior U.S. District Judge