UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-29-1H

UNITED STATES OF AMERICA    )
    )
    v.    )
    )    ORDER TO UNSEAL
RAMON ENRIQUE L. FURELOS    )
    )
_____)

Upon motion of the United States, it is hereby ORDERED that the above-referenced case, including docketed entries and filings therein, is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order.

This 8th day of _____February_____, 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge