IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-29-1H

UNITED STATES OF AMERICA          )
                                  )
          v.                      )
                                  )
RAMON ENRIQUE L. FURELOS          )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 29,2015, this Court entered a

Preliminary Order of Forfeiture pursuant to the provision of

18 U.S.C. § 982(a)(7), based upon the defendant pleading guilty

to 18 U.S.C. § 1347, and agreeing to the forfeiture of the

property listed in the April 29, 2015 Preliminary Order of

Forfeiture,    to wit:

   a.    the defendant's interest in $750,000.00 currency;

   b.    $1,146,311.17 in funds seized from SunTrust Bank Account
         numbered XXXXXXXXX1194;

   c.    $350,000.00 in funds seized from Wells Fargo Bank
         Account numbered XXXXXXXXX0376;

   d.    The real property located at 6636 Wildlife Lane,
         Fuquay-Varina, North Carolina 27526, and described in
         Book 15200, Page 2009 of the Wake County Register of
         Deeds;

AND WHEREAS, the United States published notice of this

forfeiture at the www.forfeiture.gov web site for at least 30

consecutive days, between March 15, 2016 and April 13, 2016, as

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

1

Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the court within sixty (60) days from the first day of the date for a hearing to adjudicate the validity of their alleged interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject property described in this Court's April 29, 2015 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the April 29, 2015 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury, United States Secret Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

2

The Clerk is hereby directed to send copies of this to all counsel of record.

SO ORDERED this ___9th___ of day ___JUNE___, 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE