IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-29-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | )<br>)<br>) **ORDER** |
| RAMON-ENRIQUE LAZZARO FURELOS, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the court on defendant's motion requesting a judicial recommendation concerning length of placement in a halfway house. The court has carefully considered this matter and finds that this matter is within the discretion of the Bureau of Prisons. Therefore, the motion [DE #43] is denied.

This 23rd day of May 2017.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26