UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ramon Enrique L. Furelos**　　　　　　　　　　　　　　**Docket No. 5:15-CR-29-1H**

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ramon Enrique L. Furelos, who, upon an earlier plea of guilty to Health Care Fraud, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on November 10, 2015, to the custody of the Bureau of Prisons for a term of 42 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ramon Enrique L. Furelos was released from custody on January 19, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Originally, the court ordered that the defendant pay in installments of at least $200 per month to begin 60 days after the defendant's release from prison. At the time of the defendant's release, the probation officer shall take into consideration the defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule. Currently, the defendant is being supervised in the Southern District of Florida and their office has completed a financial investigation that revealed the defendant has the ability to pay no less than $100 per month towards his financial obligations.

Based on the findings in the aforementioned information, a request to modify the payment schedule to reduce the minimum payment amount appears to be appropriate based on the financial investigation.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay restitution at the rate of $100 per month until such time as the Court may alter that payment schedule in the interests of justice. The United States Probation Officer and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Amir A. Hunter
Jeffrey L. Keller　　　　　　　　　　　　　　　　Amir A. Hunter
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8663
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: March 26, 2018

Ramon Enrique L. Furelos
Docket No. 5:15-CR-29-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 27th day of March 2018, and ordered filed and made a part of the records in the above case.

*[signature]*

Malcolm J. Howard
Senior U.S. District Judge